PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ISMAIL, ET AL., | CASE NO. 2:23-CV-01824-CKD |
| Plaintiffs, | STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |
| v. | |
| ANTONY J. BLINKEN, | |
| Defendant. | |

    The Defendant respectfully requests a first extension of time in which to respond to the Complaint, and counsel for Plaintiffs does not oppose. This case concerns a set of visa applications of the non-citizen Plaintiffs in this case. The visa cases are currently refused for administrative processing, following a January 2023 consular interview. The undersigned is working with the State Department to take further action and parties anticipate that this lawsuit will soon be rendered moot.

///

///

///

///

///

///

1

The parties therefore stipulate that the new date for Defendant to file an answer or other dispositive pleading is January 12, 2024.  The parties further request that all other filing deadlines be similarly extended reset.

Respectfully submitted,

Dated:  October 18, 2023

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ CURTIS LEE MORRISON
CURTIS LEE MORRISON
Counsel for Plaintiff

[PROPOSED] ORDER

IT IS SO ORDERED.

Dated:  October 20, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
isma23cv1824.stip

2