PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ISMAIL, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ANTONY J. BLINKEN, <br><br> Defendant. | CASE NO.  2:23-CV-01824-CKD <br><br> STIPULATION AND [~~PROPOSED~~] ORDER FOR SECOND EXTENSION OF TIME |

The Defendant respectfully requests a second extension of time in which to respond to the Complaint, and counsel for Plaintiffs does not oppose.  This case concerns a set of visa applications of the non-citizen Plaintiffs in this case.  The visa cases are currently refused for administrative processing, following a January 2023 consular interview.  The undersigned is working with the State Department to take further action and parties anticipate that this lawsuit will soon be rendered moot.

///

///

///

///

///

///

1

1    The parties therefore stipulate that the new date for Defendant to file an answer or other

2 dispositive pleading is February 12, 2024.  The parties further request that all other filing deadlines be

3 similarly extended reset.

4

5    Respectfully submitted,

6

7   Dated:  January 12, 2024                              PHILLIP A. TALBERT
                                                          United States Attorney
8

9                                                 By:  /s/ ELLIOT C. WONG
                                                      ELLIOT C. WONG
10                                                    Assistant United States Attorney

11

12                                                    /s/ CURTIS LEE MORRISON
                                                      CURTIS LEE MORRISON
13                                                    Counsel for Plaintiff

14

15                                  [PROPOSED] ORDER

16              It is so ordered.

17
Dated:  January 17, 2024
18

19                                                    _____
                                                      CAROLYN K. DELANEY
20                                                    UNITED STATES MAGISTRATE JUDGE

21

22
8
23 isma23cv1824.stip.eot2

24

25

26

27

28
                                          2