1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT C. WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Defendant
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 OMAR ISMAIL,                          CASE NO. 2:23-CV-01824 CKD

12               Plaintiff,              STIPULATION AND [~~PROPOSED~~] ORDER FOR
                                         THIRD EXTENSION OF TIME
13        v.

14 USCIS, ET AL.,

15               Defendant.

16

...

23
            The Defendant respectfully requests a third extension of time in which to respond to the
24
   Complaint, and counsel for Plaintiffs does not oppose. This case concerns a set of visa applications of
25
   the non-citizen Plaintiffs in this case. Following a January 2023 consular interview, processing remains
26
   active and ongoing. The undersigned is working with the State Department to take further action and
27
   parties anticipate that this lawsuit will soon be rendered moot.
28

The parties therefore stipulate that the new date for Defendant to file an answer or other dispositive pleading is April 12, 2024. The parties further request that all other filing deadlines be similarly extended reset.

Respectfully submitted,

Dated:  February 23, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney


/s/ CURTIS MORRISON
CURTIS MORRISON
Counsel for Plaintiff


[PROPOSED] ORDER

It is so ordered.

Dated:  February 26, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
isma23cv1824.stip.3