PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ISMAIL, ET AL., | CASE NO. 2:23-CV-01824-CKD |
| Plaintiffs, | STIPULATION AND [~~PROPOSED~~] ORDER FOR FOURTH EXTENSION OF TIME |
| v. | |
| ANTONY J. BLINKEN, | |
| Defendant. | |

The Defendant respectfully requests a fourth extension of time in which to respond to the Complaint, and counsel for Plaintiffs does not oppose. This case concerns a set of visa applications of the non-citizen Plaintiffs in this case. The visa cases were refused for administrative processing, following a January 2023 consular interview. The State Department has recently completed administrative processing for two of the Plaintiffs. Administrative processing for the third Plaintiff has not yet been confirmed to be completed. The undersigned is working with the State Department to take further action and parties anticipate that this lawsuit will soon be rendered moot.

///

///

///

///

1

The parties therefore stipulate that the new date for Defendant to file an answer or other dispositive pleading is May 13, 2024. The parties further request that all other filing deadlines be similarly extended reset.

Respectfully submitted,

Dated: April 12, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ CURTIS LEE MORRISON
CURTIS LEE MORRISON
Counsel for Plaintiff

[~~PROPOSED~~] ORDER

It is so ordered.

Dated: April 16, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
isma23cv1824.stip.eot4

2