1  PHILLIP A. TALBERT
United States Attorney
2  ELLIOT C. WONG
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900
5

6  Attorneys for Defendant
United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  OMAR ISMAIL,                        CASE NO.  2:23-CV-01824 CKD

                         Plaintiff,    STIPULATION AND [~~PROPOSED~~] ORDER FOR
12                                      FIFTH EXTENSION OF TIME

13            v.

14  USCIS, ET AL.,

15                         Defendant.

16

17

18

19

20

21

22

23

24          The Defendant respectfully requests a fifth extension of time in which to respond to the

25  Complaint, and counsel for Plaintiffs does not oppose. This case concerns a set of visa applications of

    the non-citizen Plaintiffs in this case. Following a January 2023 consular interview, processing remains
26
    active and ongoing. The undersigned is working with the State Department to take further action and
27
    parties anticipate that this lawsuit will soon be rendered moot.
28

The parties therefore stipulate that the new date for Defendant to file an answer or other dispositive pleading is June 12, 2024. The parties further request that all other filing deadlines be similarly extended reset.

Respectfully submitted,

Dated:  May 15, 2024

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ CURTIS MORRISON
CURTIS MORRISON
Counsel for Plaintiff

[PROPOSED] ORDER

It is so ordered.

Dated:  May 15, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
isma23cv1824.stip.eot.5