PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ISMAIL, ET AL.,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>ANTONY J. BLINKEN,<br><br>　　　　　　　Defendant. | CASE NO. 2:23-CV-01824-CKD<br><br>STIPULATION AND [PROPOSED] ORDER FOR SIXTH EXTENSION OF TIME |

　　　The Defendant respectfully requests a sixth extension of time in which to respond to the Complaint, and counsel for Plaintiffs does not oppose. This case concerns a set of visa applications of the non-citizen Plaintiffs in this case. The visa cases were refused for administrative processing, following a January 2023 consular interview. The State Department has recently completed administrative processing for all three Plaintiffs and has requested updated documents from each. The parties anticipate that this lawsuit will soon be rendered moot once the plaintiffs submit the requested documents and the State Department is then able to complete the adjudications.

///

///

///

///

1

The parties therefore stipulate that the new date for Defendant to file an answer or other dispositive pleading is August 8, 2024. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  July 9, 2024

         PHILLIP A. TALBERT
         United States Attorney

         By:  /s/ ELLIOT C. WONG
                ELLIOT C. WONG
                Assistant United States Attorney

         /s/ CURTIS LEE MORRISON
         CURTIS LEE MORRISON
         Counsel for Plaintiff

[~~PROPOSED~~] ORDER

Defendant shall file an answer or other dispositive pleading on or before August 8, 2024.

IT IS SO ORDERED.

Dated:  July 10, 2024

         CAROLYN K. DELANEY
         UNITED STATES MAGISTRATE JUDGE